United States District Court
Southern District of Texas

**ENTERED**
September 19, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DARVIN MCAFEE, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § | CASE NO. 4:16-cv-03298 |
| Plaintiff, | | |
| v. | | |
| PIONEER NATURAL RESOURCES COMPANY, | | COLLECTIVE ACTION |
| Defendant. | | |

### ORDER APPROVING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE AND STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Before the Court is Plaintiff's Unopposed Motion for Approval of Settlement Agreement and Release and Stipulation of Dismissal of Lawsuit with Prejudice. The Court has reviewed the terms of the Agreement, the pleadings in this case, and the issues presented therein and: (1) approves the settlement, including all of the terms and conditions set forth in the Settlement Agreement attached therein; (2) orders that for settlement purposes the class set forth in the Settlement Agreement be certified; (3) orders the Parties to implement and complete the settlement process described in the Settlement Agreement; (4) finds that good cause exists for filing the Parties' entire proposed Settlement Agreement at <u>Exhibit 1</u> under seal; and (5) dismisses this lawsuit and all claims asserted in the lawsuit with prejudice in accordance with the Settlement Agreement. Each party shall bear his or its own costs and fees, except to the extent otherwise provided for in the Parties' Agreement.

ORDERED this 19th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE